Order issued October 15, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01395-CV

### IN RE HANK'S RESTAURANT GROUP, L.P., Relator

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03124-2012**

## ORDER

Before Justices Moseley, FitzGerald, and Fillmore

Before the Court is relator's emergency motion for immediate temporary relief. We request that real party in interest file any response to the emergency motion by 5:00 p.m. on Thursday, October 18, 2012. The Court hereby **ENJOINS** real party in interest from taking any action that was prohibited by the terms of the trial court's temporary restraining order of October 2, 2012 and further **STAYS** the expiration of that temporary restraining order. This order shall remain in effect until further order of this Court.

JIM MOSELEY
PRESIDING JUSTICE